UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MAC COSTAS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

vs.

ORMAT TECHNOLOGIES, INC., et al.

Defendant(s).

Case #18-CV-271

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

____Jeremy A. Lieberman____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

POMERANTZ LLP
(firm name)

with offices at ____600 Third Avenue, Floor 20____,
(street address)

____New York____, ____New York____, ____10016____,
(city) (state) (zip code)

____212-661-1100____, ____jalieberman@pomlaw.com____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Phoenix Insurance Company Ltd.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>September 17, 2003</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>New York</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of New York | January 10, 2006 | JL 6130 |
| Southern District of Texas | November 26, 2013 | n/a |
| Northern District of Illinois | August 31, 2012 | n/a |
| Second Circuit Court of Appeals | November 9, 2009 | 09-201182 |
| Ninth Circuit Court of Appeals | March 3, 2011 | n/a |
| Third Circuit Court of Appeals | January 31, 2014 | n/a |
| Supreme Court of the United States | November 27, 2017 | 303778 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

```
NONE
```

7. That Petitioner is a member of good standing in the following Bar Associations.

```
New York State Bar Association
```

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | See Attachment A. |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

Attachment A

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 6, 2018 | Ferris v. Wynn Resorts Limited, et al. | No. 18-CV-479 (D. Nev.) | Granted |

{00290026;1}

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
COUNTY OF ____New York____ )

____Jeremy A. Lieberman____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this _14th_ day of _August_, _2018_.

_____
Notary Public or Clerk of Court

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 20_21_

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Andrew R. Muehlbauer____, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Muehlbauer Law Office, Ltd., 7915 West Sahara Ave., Suite 104____,
(street address)

____Las Vegas____, ____Nevada____, ____89117____,
(city)            (state)           (zip code)

____702-330-4505____, ____Andrew@mlolegal.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Andrew R. Muehlbauer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature) Phoenix Insurance Company Ltd.,
Meni Neeman, Chief Legal Counsel
(type or print party name, title)

Meni Neeman
Chief Legal Counsel
L.N. 27882
The Phoenix Insurance Company Ltd
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10161                          Andrew@mlolegal.com
Bar number                     Email address

APPROVED:
Dated: this __15__ day of __September__, 20_18_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MAC COSTAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORMAT TECHNOLOGIES, INC., ISAAC ANGEL, and DORON BLACHAR,<br><br>Defendants. | Case No.: 18-CV-271<br><br>**CERTIFICATION OF JEREMY A. LIEBERMAN** |

{00290024;1}

1

1.     I am an attorney with the law firm of Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016.

2.     I make this certification pursuant to LR IA 11-2(b)(3).

3.     I have been a member in good standing of the bars set forth on Exhibit A annexed hereto.

4.     Attached as Exhibit B is my Certificate of Good Standing to the Supreme Court for the State of New York, Appellate Division, Second Judicial Department. This is the only state court where I am admitted. All of my other admissions are to federal courts.

5.     I am in good standing in every court where I have been admitted to practice.

6.     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I am admitted to practice.

Jeremy A. Lieberman

Subscribed and sworn to before me this _14th_ day of _August_, 20_18_.

_____
Notary Public or Clerk of Court

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 20_21_

{00290024;1}

2

# Exhibit A



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

---

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jeremy Alan Lieberman** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **17th** day of **September 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 15, 2018.



Clerk of the Court

# Exhibit B

Jeremy A. Lieberman Attorney Admissions Chart

|   | A | B | E | H |
|---|---|---|---|---|
| 1 | **Attorney Name** | **Court Name** | **Attorney Bar Number** | **Date of Admission** |
| 2 | Jeremy Alan Lieberman | Supreme Court, State of New York, Second Department | 4161352 | September 17, 2003 |
| 3 | Jeremy Alan Lieberman | United States District Court, Southern District of New York | JL 6130 | January 10, 2006 |
| 4 | Jeremy Alan Lieberman | United States District Court, Eastern District of New York | | January 10, 2006 |
| 5 | Jeremy Alan Lieberman | United States Court of Appeals for the Second Circuit | 09-201182 | November 9, 2009 |
| 6 | Jeremy Alan Lieberman | United States Court of Appeals for the Ninth Circuit | | March 3, 2011 |
| 7 | Jeremy Alan Lieberman | United States District Court, Northern District of Illinois | | August 31, 2012 |
| 8 | Jeremy Alan Lieberman | United States District Court, Southern District of Texas | | November 26, 2013 |
| 9 | Jeremy Alan Lieberman | United States Court of Appeals for the Third Circuit | | January 31, 2014 |
| 10 | Jeremy Alan Lieberman | United States Court of Appeals for the Tenth Circuit | | March 5, 2014 |
| 11 | Jeremy Alan Lieberman | United States District Court, District of Colorado | | June 13, 2014 |
| 12 | Jeremy Alan Lieberman | United States District Court, Eastern District of Michigan | | June 19, 2014 |
| 13 | Jeremy Alan Lieberman | United States Court of Appeals for the Second Circuit | | October 29, 2014 |
| 14 | Jeremy Alan Lieberman | United States Court of Appeals for the Sixth Circuit | | January 30, 2015 |
| 15 | Jeremy Alan Lieberman | United States Court of Appeals for the Fourth Circuit | | June 11, 2015 |
| 16 | Jeremy Alan Lieberman | Supreme Court of the United States | 303778 | November 27, 2017 |