**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MAC COSTAS, Individually and on Behalf of All Others Similarly Situated

    Plaintiff(s),

vs.

ORMAT TECHNOLOGIES, INC., ISAAC ANGEL, DORON BLACHAR

    Defendant(s).

Case #18-cv-271- RCJ-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    __DOUGLAS P. BAUMSTEIN__, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__WHITE & CASE LLP__
(firm name)

with offices at __1221 Avenue of the Americas__,
    (street address)

__New York__, __New York__, __10020__,
(city)      (state)      (zip code)

__212-819-8200__, __dbaumstein@whitecase.com__.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Ormat Tech., Inc. , Isaac Angel, Doron Blachar__ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___February 25, 1998___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___New York___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of New York | September 14, 1999 | DB1948 |
| Eastern District of New York | September 14, 1999 | |
| Court of Appeals for the Second Circuit | December 13, 2011 | |
| Court of Appeals for the Eleventh Circuit | September 3, 2013 | |
| U.S. Supreme Court | January 21, 2014 | |
| Eastern District of Wisconsin | July 26, 2018 | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___New York___ )
COUNTY OF ___New York___ )

___Douglas P. Baumstein___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__16th__ day of __October__, __2018__.

_____
Notary Public or Clerk of Court

SANDRA BROUGHTON
Notary Public, State of New York
No. 01BR5018163
Qualified in Queens County
Commission Expires Sept. 20, 2021

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Matthew Addison___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___McDonald Carano; 100 West Liberty Street 10th Floor___,
(street address)

___Reno___, ___Nevada___, ___89501___,
(city)       (state)      (zip code)

___775-778-2000___, ___maddison@mcdonaldcarano.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Matthew Addison_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

HEZI KATTAN, GENERAL COUNSEL, CDO ORMAT
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4201           maddison@mcdonaldcarano.com
Bar number            Email address

APPROVED:
Dated: this ___ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MAC COSTAS, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORMAT TECHNOLOGIES, INC., ISAAC ANGEL, and DORON BLACHAR<br><br>Defendants. | No.: 3:18-cv-00271-RCJ-CBC<br><br>CERTIFICATION OF DOUGLAS BAUMSTEIN |

I, Douglas P. Baumstein, certify pursuant to LR IA 11-2(b)(3) that the following information is true and correct:

1. I am a partner of the law firm White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020.

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. Attached as Exhibit A is my Certificate of Good Standing to the Supreme Court for the State of New York, Appellate Division, Second Judicial Department. My other bar admissions are to federal courts.

_____
Douglas P. Baumstein

Subscribed and sworn before me this 16th day of October 2018

_____

SANDRA BRIGHT
Notary Public, State of New York
No. 01BR6105163
Qualified in Queens County
Commission Expires September ...

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Douglas Paul Baumstein** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **25 th day of February 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 03, 2018.

*Aprilanne Agostino*

Clerk of the Court