# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAC COSTAS, | ) |
| Plaintiff, | ) 3:18-cv-00271-RCJ-WGC |
| vs. | ) |
| ORMAT TECHNOLOGIES, INC., | ) **ORDER** |
| Defendant. | ) |

This federal securities fraud class action is still in the pleading stage. Plaintiff and three Movants have separately asked the Court to appoint them as lead plaintiff (and their counsel as lead counsel). One Movant has withdrawn its request, and a second Movant, along with Plaintiff, have filed notices of non-opposition to the third Movant's request, noting that they currently have no reason to doubt that the third Movant, Phoenix Insurance Company Ltd. ("Phoenix") has the largest financial interest in the action and otherwise satisfies the requirements of Rule 23, making it the appropriate class representative. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). The Court will therefore grant Phoenix's motion and deny the remaining two motions without prejudice, subject to any further relevant developments.

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion (ECF No. 9) is GRANTED, the Motions (ECF Nos. 6, 11) are DENIED without prejudice, and the Clerk shall separately enter the Proposed Order (ECF No. 9-6).

IT IS SO ORDERED.

Dated: This 12th day of March, 2019.

_____
ROBERT C. JONES
United States District Judge