**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAC COSTAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>ORMAT TECHNOLOGIES, INC., ISAAC ANGEL, and DORON BLACHAR,<br><br>Defendant(s). | Case #3:18-CV-00271-RCJ-VPC<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Aatif Iqbal_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Pomerantz LLP_____
(firm name)

with offices at _____600 Third Avenue, Floor 20_____,
(street address)

___New York___, ___New York___, ___10016___,
(city)         (state)        (zip code)

___212-661-1100___, ___aiqbal@pomlaw.com___.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Phoenix Insurance Company Ltd.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>December 3, 2012</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>New York</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court, State of NY, First Department | December 3, 2012 | 5068515 |
| U.S. District Court, Southern District of New York | October 18, 2016 | AI 1379 |
| U.S. District Court, Eastern District of New York | January 10, 2018 | AI 1379 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) NONE

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) NONE

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | See Attachment A. |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____New York____ )
)
COUNTY OF ____New York____ )

____Aatif Iqbal____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

22nd day of May, 2019.

____Rose Bell____
Notary Public or Clerk of Court

ROSE BELL
Notary Public, State of New York
No. 01BE4514847
Qualified in New York County
Commission Expires July 31, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Andrew R. Muehlbauer, Esq.__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Muehlbauer Law Office, Ltd., 7915 West Sahara Avenue, Suite 104__,
(street address)

__Las Vegas__, __Nevada__, __89117__,
(city) (state) (zip code)

__702-330-4505__, __andrew@mlolegal.com__.
(area code + telephone number) (Email address)

4

Rev. 5/16

Attachment A

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| May 24, 2018 | Ferris v. Wynn Resorts Limited, et al., Case No. 18-CV-479 (D. Nev.) | United States District Court, District of Nevada | Granted |

{00319045;1}

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Andrew R. Muehlbauer, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Meni Neeman
Chief Legal Counsel
L.N. 27882
The Phoenix Insurance Company Ltd.

_____(party's signature)_____   Phoenix Insurance Company Ltd.
Meni Neeman, Chief Legal Counsel
(type or print party name, title)

אריה אריאלי
סגן היועץ המשפטי
הפניקס חברה לביטוח בע"מ
Arie Arieli
Deputy General Counsel

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10161                    Andrew@mlolegal.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

{00319047;1 }

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAC COSTAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORMAT TECHNOLOGIES, INC., ISAAC ANGEL, and DORON BLACHAR,<br><br>Defendants. | Case No.: 3:18-CV-00271-RCJ-VPC<br><br>**CERTIFICATION OF AATIF IQBAL** |

1

1. I am an attorney with the law firm of Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, New York 10016.

2. I make this certification pursuant to LR IA 11-2(b)(3).

3. I have been a member in good standing of the bars set forth on Exhibit A annexed hereto.

4. Attached as Exhibit B is my Certificate of Good Standing to the Supreme Court for the State of New York, Appellate Division, First Judicial Department. This is the only state court where I am admitted. All of my other admissions are to federal courts.

5. I am in good standing in every court where I have been admitted to practice.

6. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I am admitted to practice.

_____
Aatif Iqbal

Subscribed and sworn to before me this 22nd day of May, 2019.

_____
Notary Public or Clerk of Court

ROSE BELL
Notary Public, State of New York
No. 01BE4514847
Qualified in New York County
Commission Expires July 31, 2021

{00319047;1}

2

# Exhibit A

| Attorney Name | Court Name | Date of Admission | Attorney Bar Number |
|---|---|---|---|
| Aatif Iqbal | Supreme Court, State of New York, First Department | December 3, 2012 | 5068515 |
| Aatif Iqbal | U.S. District Court, Southern District of New York | October 18, 2016 | AI 1379 |
| Aatif Iqbal | U.S. District Court, Eastern District of New York | January 10, 2018 | AI 1379 |
|  |  |  |  |

# Exhibit B

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## AATIF IQBAL

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 3, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 23, 2019**

6185

Clerk of the Court