ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Avenue, Suite 104
Las Vegas, Nevada 89117
Telephone: 702.330.4505
Facsimile: 702.825.0141
Email: andrew@mlolegal.com

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted pro hac vice)
Murielle J. Steven Walsh (admitted pro hac vice)
Aatif Iqbal (admitted pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Tel: (212) 661-1100
Fax: (917) 463-1044
Email: jalieberman@pomlaw.com
mjsteven@pomlaw.com
aiqbal@pomlaw.com

Attorneys for Lead Plaintiff Phoenix
Insurance Company Ltd.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAC COSTAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORMAT TECHNOLOGIES, INC., ISAAC ANGEL, and DORON BLACHAR,<br><br>Defendants. | Case No.: 3:18-cv-00271-RCJ-WGC<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>CLASS ACTION |

{00334186;1}

STIPULATION AND [PROPOSED] SCHEDULING ORDER

1

WHEREAS the above referenced action is subject to the Private Securities Litigation Reform Act of 1995;

WHEREAS on October 24, 2018, this Court entered an Order (Dkt. No. 40) providing a timetable to calculate deadlines following entry of a lead plaintiff order regarding the filing of a Consolidated Amended Complaint, a Motion to Dismiss, an Opposition to a Motion to Dismiss, and a Reply in Support of a Motion to Dismiss after appointment of Lead Plaintiff and Lead Counsel (the "October 24, 2018 Order");

WHEREAS on March 12, 2019, this Court entered an Order (Dkt. No. 50) appointing Phoenix Insurance Company Ltd. ("Phoenix") as Lead Plaintiff, Pomerantz LLP as Lead Counsel, and Muehlbauer Law Office, Ltd. as Liaison Counsel for the Class (the "March 12, 2019 Order");

WHEREAS the March 12, 2019 Order caused the following deadlines to be established, based on the October 24, 2018 Order:

| Document to be filed | Filing Deadline |
| --- | --- |
| Consolidated Amended Complaint | May 13, 2019 |
| Motion to Dismiss | July 12, 2019 |
| Opposition to Motion to Dismiss | August 26, 2019 |
| Reply in Support of Motion to Dismiss | September 25, 2019 |

WHEREAS on May 13, 2019, Phoenix filed its Amended Complaint (Dkt. No. 52);

WHEREAS on July 12, 2019, Defendant Ormat Technologies, Inc. filed its Motion to Dismiss, Declaration, and Request for Judicial Notice (Dkt. Nos. 59, 60, 61);

WHEREAS on July 15, 2019, this Court entered an Order (Dkt. No. 62) setting a 14 day deadline to file an Opposition to the Motion to Dismiss (July 29, 2019) and a 7 day deadline to file a Reply in Support of the Motion to Dismiss (August 5, 2019) (the "July 15, 2019 Order");

WHEREAS the deadlines to file (a) an Opposition to the Motion to Dismiss and (b) a Reply in Support of the Motion to Dismiss from the October 24, 2018 Order as established through the March 12, 2019 Order do not presently match the deadlines set forth in the July 15, 2019 Order;

**IT IS HEREBY STIPULATED THAT**

1. Lead Plaintiff shall file the Opposition to the Motion to Dismiss no later than August 26, 2019.

2. Defendant shall file the Reply in Support of the Motion to Dismiss no later than September 25, 2019.

Dated this 18th day of July, 2019.

| **MUEHLBAUER LAW OFFICE, LTD.** | **WHITE & CASE LLP** |
|---|---|
| */s/ Andrew R. Muehlbauer*　　　　　<br>ANDREW R. MUEHLBAUER, ESQ.<br>Nevada Bar No. 10161<br>7915 West Sahara Ave., Suite 104<br>Las Vegas, Nevada 89117<br>Telephone: 702-330-4505<br>Facsimile: 702-825-0141<br>andrew@mlolegal.com | */s/ Douglas P. Baumstein*　　　　　<br>DOUGLAS P. BAUMSTEIN, ESQ.<br>(admitted *pro hac vice*)<br>DOMINIQUE N. FORREST, ESQ.<br>(admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212-819-8200<br>Facsimile: 212-354-8113<br>dbaumstein@whitecase.com<br>dominique.forrest@whitecase.com |
| **POMERANTZ LLP**<br>Jeremy A. Lieberman, Esq.<br>(admitted *pro hac vice)*<br>Murielle J. Steven Walsh, Esq.<br>(admitted *pro hac vice)*<br>Aatif Iqbal, Esq.<br>(admitted *pro hac vice)*<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: 212-661-1100<br>Facsimile: 212-661-8665<br>jalieberman@pomlaw.com<br>mjsteven@pomlaw.com | **MCDONALD CARANO LLP**<br>Matthew Addison, Esq.<br>Nevada Bar No. 4201<br>Jessica Woelfel, Esq.<br>Nevada Bar No. 11885<br>Sarah Ferguson, Esq.<br>Nevada Bar No. 14515<br>100 W. Liberty Street Tenth Floor<br>Reno, Nevada 89501<br>Telephone: 775-788-2000 |

{00334186;1 }

STIPULATION AND [PROPOSED] SCHEDULING ORDER
3

| | | |
|---|---|---|
| 1 | aiqbal@pomlaw.com | Facsimile: 775-788-2020 |
| 2 | | maddison@mcdonalcarano.com |
| | *Attorneys for Lead Plaintiff Phoenix* | jwoelfel@mcdonaldcarano.com |
| 3 | *Insurance Company Ltd.* | sferguson@mcdonaldcarano.com |
| 4 | | *Attorneys for Ormat Technologies, Inc.;* |
| 5 | | *Isaac Angel; and Doran Blachar* |

**IT SO ORDERED.**

_____
THE HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: __July 19, 2019_____