# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAC COSTAS, individually and on Behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ORMAT TECHNOLOGIES, INC., ISAAC ANGEL, and DORON BLACHAR,<br><br>Defendants | Case No.: 3:18-cv-00271-RCJ-WGC<br><br>**Order**<br><br>Re: ECF No. 77 |

The parties have filed a stipulation to extend the time for defendant Ormat Technologies, Inc. (Ormat) to answer the amended complaint of plaintiff Phoenix Insurance Company (Phoenix). (ECF No. 77.) The stipulation is **APPROVED**. Ormat has up to and including **January 8, 2020** to file its answer to Phoenix's amended complaint.

**IT IS SO ORDERED**.

Dated: December 20, 2019

_____
William G. Cobb
United States Magistrate Judge