AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

MAC COSTAS, Individually and on
Behalf of All Others Similarly Situated,
              Plaintiffs,
v.

ORMAT TECHNOLOGIES, INC., ISSAC ANGEL, and DORON BLACHAR
              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:18-cv-271-ART-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to this court's order filed October 18, 2024 (ECF No. 111) :
1. Plaintiff's unopposed motion for distribution of remaining funds to cy pres recipient (ECF No. 108) is GRANTED.
2. The Court approves payment of $1,250.85, the total amount of funds remaining in the Net Federal Settlement Fund, to the Institute for Law and Economic Policy from the Net Federal Settlement Fund.
3. After the distribution of funds, the claims administrator shall close the fund, terminate the telephone helpline, and website.
4. JUDGMENT is hereby entered pursuant to ECF No. 104 and this case is closed.

10/21/2024
Date

DEBRA K. KEMPI
Clerk

/s/ DRM
Deputy Clerk